FILE COPY

No. 07-14-00382-CR

| | | |
|---|---|---|
| Brunita Lilly Frausto<br>　Appellant | § | From the 64th District Court of<br>　Hale County |
| | § | |
| v. | | December 23, 2014 |
| | § | |
| The State of Texas<br>　Appellee | §<br>§ | Opinion by Justice Hancock |

## J U D G M E N T

Pursuant to the opinion of the Court dated December 23, 2014, it is ordered, adjudged and decreed that this appeal is dismissed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered, adjudged and decreed that inasmuch as the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is further ordered that this decision be certified below for observance.

o O o